Dismissed and Memorandum Opinion filed November 8, 2007








Dismissed
and Memorandum Opinion filed November 8, 2007.

 

 

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-07-00861-CV

____________

 

HARRIS COUNTY HOSPITAL DISTRICT
D/B/A 

LYNDON B. JOHNSON GENERAL HOSPITAL, Appellant

 

V.

 

YESSICA SOSA AND CONRADO GODINEZ,
INDIVIDUALLY AND 

AS REPRESENTATIVE OF THE ESTATE OF 

GENESIS GODINEZ, MINOR, Appellees

 



 

On Appeal from the
113th District Court

Harris County,
Texas

Trial Court Cause
No. 2007-17833

 



 

M E M O R A N D U M   O P I N I O N

This is
an appeal from an order signed September 25, 2007.  On October 31, 2007,
appellant filed a motion to dismiss the appeal.  See Tex. R. App. P. 42.1.  The motion is
granted.

Accordingly,
the appeal is ordered dismissed.

PER
CURIAM

Judgment rendered and Memorandum Opinion filed
November 8, 2007.

Panel consists of Chief Justice Hedges, Justices Yates
and Frost.